IN RE **Beneficial Services, Inc.**  Case No. **8:11bk-11153-ES**
_____   _____
Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Value $ | | | | | |
| ACCOUNT NO. | | | Value $ | | | | | |
| ACCOUNT NO. | | | Value $ | | | | | |
| ACCOUNT NO. | | | Value $ | | | | | |
| | | | Subtotal (Total of this page) | | | | $ | $ |
| **0** continuation sheets attached | | | Total (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beneficial Services, Inc.**                                              Case No. **8:11bk-11153-ES**
                    Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**5**_____ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.
Case 8:11-bk-11153-ES    Doc 20    Filed 02/10/11    Entered 02/10/11 14:10:11    Desc
Main Document    Page 3 of 20

IN RE **Beneficial Services, Inc.** / Debtor(s)     Case No. **8:11bk-11153-ES** (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
**(Continuation Sheet)**

__Wages, salaries, and commissions__
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aaron Gillette**<br>**27221 Via Bursos**<br>**Mission Viejo, CA 92691** | | | **Unpaid wages.** | | | | 2,307.69 | 2,307.69 | |
| ACCOUNT NO.<br>**Adriana Samperisi**<br>**3783 E. 11th St., #103**<br>**Long Beach, CA 90804** | | | **Unpaid wages.** | | | | 1,260.88 | 1,260.88 | |
| ACCOUNT NO.<br>**Ana Martinez**<br>**125 S. Orchid St.**<br>**Fullerton, CA 92833** | | | **Unpaid wages.** | | | | 1,430.77 | 1,430.77 | |
| ACCOUNT NO.<br>**Anthony Smith**<br>**1817 E. Wilson Ave., #5**<br>**Orange, CA 92667** | | | **Unpaid wages.** | | | | 1,221.21 | 1,221.21 | |
| ACCOUNT NO.<br>**Carrie Phillips**<br>**24332 De Leon Dr.**<br>**Dana Point, CA 92629** | | | **Unpaid wages.** | | | | 1,200.00 | 1,200.00 | |
| ACCOUNT NO.<br>**Casimir Pinkowski**<br>**24401 Barbados Dr.**<br>**Dana Point, CA 92629** | | | **Unpaid wages.** | | | | 3,461.52 | 3,461.52 | |

Sheet no. __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **10,882.07** $ **10,882.07** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.
Case 8:11-bk-11153-ES    Doc 20    Filed 02/10/11    Entered 02/10/11 14:10:11    Desc
Main Document    Page 4 of 20

IN RE **Beneficial Services, Inc.**
Debtor(s)

Case No. **8:11bk-11153-ES**
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ciara LaBonte** <br> **1427 City Lights Drive** <br> **Aliso Viejo, CA  92656** | | | **Unpaid wages.** | | | | 290.00 | 290.00 | |
| ACCOUNT NO. <br> **Diane Petersen** <br> **31611 Brigantine Drve** <br> **Monarch Beach, CA  92629** | | | **Unpaid wages.** | | | | 581.94 | 581.94 | |
| ACCOUNT NO. <br> **Erica Olsen** <br> **80 Dorknoch** <br> **Coto De Caza, CA  92679** | | | **Unpaid wages.** | | | | 1,321.38 | 1,321.38 | |
| ACCOUNT NO. <br> **Gary Thomas** <br> **9 Thurston Drive** <br> **Coto De Caza, CA  92679,** | | | **Unpaid wages.** | | | | 12,000.00 | 10,000.00 | 2,000.00 |
| ACCOUNT NO. <br> **Gayle Kahn** <br> **23906 Ash Lane** <br> **Mission Viejo, CA  92691** | | | **Unpaid wages.** | | | | 1,320.00 | 1,320.00 | |
| ACCOUNT NO. <br> **Jason Texel** <br> **27226 Paseo Lomita** <br> **San Juan Capistrano, CA  92675** | | | **Unpaid wages.** | | | | 1,974.56 | 1,974.56 | |

Sheet no. __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)   $ **17,487.88**   $ **15,487.88**   $ **2,000.00**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)        $        $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beneficial Services, Inc.**  
　　　　　　　Debtor(s)　　　　　　　Case No. **8:11bk-11153-ES**  
　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**  
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jill Redderson**<br>**36 Via Ceramica**<br>**San Clemente, CA  92673** | | | **Unpaid wages.** | | | | **Unknown** | | |
| ACCOUNT NO.<br>**Julie Gillette**<br>**27221 Via Bursos**<br>**Mission Viejo, CA  92691** | | | **Unpaid wages.** | | | | **1,200.00** | **1,200.00** | |
| ACCOUNT NO.<br>**Julie Thomas**<br>**27982 Via Del Agua**<br>**Laguna Niguel, CA  92677** | | | **Unpaid wages.** | | | | **1,140.00** | **1,140.00** | |
| ACCOUNT NO.<br>**Landon Miller**<br>**830 W. Almond Ave.**<br>**Orange, CA  92868** | | | **Unpaid wages.** | | | | **526.50** | **526.50** | |
| ACCOUNT NO.<br>**Lorraine Barker**<br>**29681 Breckenridge**<br>**Laguna Niguel, CA  92677** | | | **Unpaid wages.** | | | | **775.50** | **775.50** | |
| ACCOUNT NO.<br>**Marcy Peck-Kohn**<br>**28468 Yosemite Dr.**<br>**Trabuco Canyon, CA, CA  92679** | | | **Unpaid wages.** | | | | **120.00** | **120.00** | |

Sheet no. __3__ of __5__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Priority Claims  
Subtotal (Totals of this page)　$ **3,762.00** | $ **3,762.00** | $

Total  
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total  
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)　$　$

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.
Case 8:11-bk-11153-ES    Doc 20    Filed 02/10/11    Entered 02/10/11 14:10:11    Desc
Main Document    Page 6 of 20

IN RE **Beneficial Services, Inc.**  
                 Debtor(s)  
Case No. **8:11bk-11153-ES**  
       (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Marilyn Parry**<br>**28-Corniche Dr.**<br>**Dana Point, CA  92629** | | | **Unpaid wages.** | | | | 360.62 | 360.62 | |
| ACCOUNT NO.<br>**Mary West**<br>**34332 Camino Del Molino**<br>**Dana Point, CA  92624** | | | **Unpaid wages.** | | | | 606.72 | 606.72 | |
| ACCOUNT NO.<br>**Melinda Moore**<br>**21032 Lacebark**<br>**Mission Viejo, CA  92691** | | | **Unpaid wages.** | | | | 2,000.00 | 2,000.00 | |
| ACCOUNT NO.<br>**Melissa Devito**<br>**202 S. McCoy Rd.**<br>**Orange, CA, CA  92868** | | | **Unpaid wages.** | | | | 1,523.08 | 1,523.08 | |
| ACCOUNT NO.<br>**Natalie Brenneis**<br>**44 St. Michael**<br>**Dana Point, CA  92629** | | | **Unpaid wages.** | | | | 1,846.15 | 1,846.15 | |
| ACCOUNT NO.<br>**Patricia Henderson**<br>**1800 Park Newport #214**<br>**Newport Beach, CA  92660** | | | **Unpaid wages.** | | | | 53.75 | 53.75 | |

Sheet no. **4** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims  
Subtotal (Totals of this page) $ **6,390.32** $ **6,390.32** $

Total  
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total  
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $     $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.  Case 8:11-bk-11153-ES    Doc 20    Filed 02/10/11    Entered 02/10/11 14:10:11    Desc
Main Document    Page 7 of 20

IN RE **Beneficial Services, Inc.** / Debtor(s)      Case No. **8:11bk-11153-ES** (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sharon Whitacre**<br>**26423 Via Sacramento**<br>**Dana Point, CA  92624** | | | **Unpaid wages.** | | | | **907.41** | **907.41** | |
| ACCOUNT NO.<br>**Steven Thomas**<br>**31 Scarlet Maple Drive**<br>**Ladera Ranch, CA  92694** | | | **Unpaid wages.** | | | | **Unknown** | | |
| ACCOUNT NO.<br>**Susan Ortiz**<br>**306 Sable**<br>**Rancho Santa Margarita, CA  92688** | | | **Unpaid wages.** | | | | **607.48** | **607.48** | |
| ACCOUNT NO.<br>**Tara Hall**<br>**22751 El Prado #12-102**<br>**Rancho Santa Margarita, CA  92688** | | | **Unpaid wages.** | | | | **2,307.69** | **2,307.69** | |
| ACCOUNT NO.<br>**Thomas Sutro**<br>**2956 Pemba Dr.**<br>**Costa Mesa, CA  92626** | | | **Unpaid wages.** | | | | **2,692.31** | **2,692.31** | |
| ACCOUNT NO.<br>**Timothy Thomas**<br>**4648 Merrick Court**<br>**Oceanside, CA  92056** | | | **Unpaid wages.** | | | | **10,000.00** | **10,000.00** | |

Sheet no. __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **16,514.89** | $ **16,514.89** | $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **55,037.16**

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **53,037.16** | $ **2,000.00**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beneficial Services, Inc.**  
           Debtor(s)

Case No. **8:11bk-11153-ES**  
    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**1527 Associates**<br>**PO Box 18057**<br>**Anaheim, CA  92817** | | | **Office lease-past due rent** | | | | 79,934.29 |
| ACCOUNT NO. **it88**<br>**Aliso Viejo Self Storage**<br>**36 Journey**<br>**Aliso Viejo, CA  92656** | | | | | | | 725.00 |
| ACCOUNT NO. **7075**<br>**American Recovery Services, Inc.**<br>**555 St. Charles Dr., #100**<br>**Thousand Oaks, CA  92360** | | | | | | | 120.24 |
| ACCOUNT NO. **0661**<br>**American Recovery Services, Inc.**<br>**555 St. Charles Dr., #100**<br>**Thousand Oaks, CA  92360** | | | | | | | 119.62 |

_____**12**_____ continuation sheets attached

Subtotal (Total of this page) $ **80,899.15**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beneficial Services, Inc.**                                   Case No. **8:11bk-11153-ES**
                              Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2727**<br>**American Recovery Services, Inc.**<br>**555 St. Charles Dr., #100**<br>**Thousand Oaks, CA 92360** | | | | | | | **111.56** |
| ACCOUNT NO. **4360**<br>**AT&T**<br>**Sacramento, CA 95887-0001** | | | | | | | **2,525.68** |
| ACCOUNT NO. **4231**<br>**AT&T**<br>**Payment Center**<br>**Sacramento, CA 95887-0001** | | | | | | | **912.06** |
| ACCOUNT NO. **3597**<br>**AT&T Long Distance**<br>**PO Box 5017**<br>**Carol Stream, IL 60197-5017** | | | | | | | **278.72** |
| ACCOUNT NO. **3484**<br>**AT&T Long Distance**<br>**PO Box 5017**<br>**Carol Stream, IL 60197-5017** | | | | | | | **164.11** |
| ACCOUNT NO. **6613**<br>**AT&T Long Distance**<br>**PO Box 5017**<br>**Carol Stream, IL, IL 60197-5017** | | | | | | | **18.78** |
| ACCOUNT NO. **1X11**<br>**Baker St. Self Storage**<br>**929 Baker St.**<br>**Costa Mesa, CA 92626** | | | | | | | **65.00** |

Sheet no. **1** of **12** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **4,075.91**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 8:11-bk-11153-ES    Doc 20    Filed 02/10/11    Entered 02/10/11 14:10:11    Desc
Main Document    Page 10 of 20

IN RE **Beneficial Services, Inc.** / Debtor(s)    Case No. **8:11bk-11153-ES** (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0053**<br>**Capital One**<br>**PO Box 105474**<br>**Atlanta, GA 30348-5474** | | | **Small business loan** | | | | **42,552.14** |
| ACCOUNT NO. **2221**<br>**Coast To Coast**<br>**8 Vanderbilt, PO Box 57077**<br>**Irvine, CA 92619-7077** | | | | | | | **2,881.85** |
| ACCOUNT NO. **0613**<br>**Collection Bureau of America**<br>**PO Box 5013**<br>**Hayward, CA 94540-5013** | | | | | | | **4,755.94** |
| ACCOUNT NO.<br>**Corporation Services, Inc.**<br>**C/O Spirer Woodward Corbalis & Goldberg**<br>**707 Torrance Blvd., #200**<br>**Redondo Beach, CA 90277** | | | **Settlement with franchisor** | | | | **494,480.20** |
| ACCOUNT NO.<br>**Davis Family Management**<br>**80682 Hermitage**<br>**La Quinta, CA 92253** | | | **Office lease-past due rent** | | | | **66,991.68** |
| ACCOUNT NO. **1172**<br>**DMR Communications**<br>**360 E. 1st St., #488**<br>**Tustin, CA, CA 92870-3211** | | | **Telecommunications Services** | | | | **38,000.00** |
| ACCOUNT NO.<br>**Evolve Partners**<br>**1265 N. Manassero St., #301**<br>**Anaheim, CA 92807** | | | **I.T. repairs & maintenance** | | | | **12,681.84** |

Sheet no. __2__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **662,343.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beneficial Services, Inc.**                                    Case No. **8:11bk-11153-ES**
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**F.A.S.T. Fire Pro & Associates**<br>**PO Box 2023**<br>**Mission Viejo, CA 92690** | | | | | | | **105.00** |
| ACCOUNT NO. **3020**<br>**FedEx**<br>**FedEx Corp. Revenue Services**<br>**3965 Airways, Module G**<br>**Memphis, TN 38116** | | | | | | | **2,719.70** |
| ACCOUNT NO. **4276**<br>**FedEx**<br>**FedEx Corp. Revenue Services**<br>**3965 Airways, Module G**<br>**Memphis, TN 38116** | | | | | | | **205.28** |
| ACCOUNT NO. **6591**<br>**FedEx**<br>**FedEx Corp. Revenue Services**<br>**3965 Airways, Module G**<br>**Memphis, TN 38116** | | | | | | | **185.21** |
| ACCOUNT NO.<br>**Financial Pacific Leasing, LLC**<br>**3455 S. 344th Way, #300**<br>**Federal Way, WA, WA 98001** | | | | | | | **1,990.73** |
| ACCOUNT NO. **0001**<br>**First American SMS**<br>**200 Commerce**<br>**Irvine, CA 92602** | | | **Escrow trust accounting & software** | | | | **13,011.80** |
| ACCOUNT NO.<br>**Gary Thomas**<br>**9 Thurston Drive**<br>**Coto De Caza, CA 92679** | | | **Personal loans** | | | | **4,196,249.87** |

Sheet no. __3__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **4,214,467.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7001** <br> **GE Capital** <br> **PO Box 31001-0271** <br> **Pasadena, CA, CA 91110-0271** | | | | | | | **7,210.79** |
| ACCOUNT NO. **6002** <br> **GE Capital** <br> **PO Box 31001-0271** <br> **Pasadena, CA 91110-0271** | | | | | | | **4,094.23** |
| ACCOUNT NO. <br> **Great American E&S Insurance Co.** <br> **580 Walnut Street** <br> **Cincinnati, OH 45202** | | | **Potential indemnity claims, if any, arising from pending litigation.** | X | X | X | **unknown** |
| ACCOUNT NO. **0334** <br> **Greater Alarm** <br> **PO Box 660824** <br> **Dallas, TX 75266-0824** | | | | | | | **374.85** |
| ACCOUNT NO. <br> **Harbin & McCarron** <br> **1801East Parkcourt Place, #G** <br> **Santa Ana, CA 92701-5002** | | | **Legal services** | | | | **742,458.19** |
| ACCOUNT NO. <br> **Heritage Orcas Partners, LP** <br> **17801 Cartwright Road** <br> **Irvine, CA 92614** | | | | | | | **2,399.31** |
| ACCOUNT NO. **0169** <br> **I.C. System, Inc.** <br> **444 Hwy.96 East** <br> **St. Paul, MN, MN 55164-0437** | | | | | | | **79.24** |

Sheet no. _____**4**_ of _____**12**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **756,616.61**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beneficial Services, Inc.**                                           Case No. **8:11bk-11153-ES**
                      Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**J.T. Development Co., LLC**<br>**15272 Bolsa Chica St., #101**<br>**Huntington Beach, CA 92649** | | | **Office lease-past due rent** | | | | **40,325.51** |
| ACCOUNT NO.<br>**Jeffrey H. Silvers**<br>**C/O John Vozenilek, Esq.**<br>**19900 Beach Blvd., Suite C-1**<br>**Huntington Beach, CA 92648** | | | **Real Estate Mediation Claim** | X | X | X | **150,000.00** |
| ACCOUNT NO.<br>**Jose & Sheryl Urdaneta**<br>**C/O Thomas L. Gourde, Esq.**<br>**335 Centennial Way, Suite 200**<br>**Tustin, CA 92780** | | | **Real Estate Transaction Litigation, OCSC Case No. 30-2009-00125750.** | X | X | X | **100,000.00** |
| ACCOUNT NO.<br>**Laguna Woods Self Storage**<br>**24151 Moulton Pkwy.**<br>**Laguna Woods, CA 92637** | | | | | | | **612.00** |
| ACCOUNT NO.<br>**Laser-Tech Services**<br>**18032-C Lemon Drive**<br>**Yorba Linda, CA, CA 92886** | | | | | | | **2,679.38** |
| ACCOUNT NO. **9000**<br>**Leaf**<br>**P.O. Box 644006**<br>**Cincinnati, OH 45264-4006** | | | | | | | **6,243.07** |
| ACCOUNT NO. **2001**<br>**Leaf**<br>**P.O. Box 644006**<br>**Cincinnati, OH 45264-4006** | | | | | | | **1,004.16** |

Sheet no. **5** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **300,864.12**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 8:11-bk-11153-ES    Doc 20    Filed 02/10/11    Entered 02/10/11 14:10:11    Desc
Main Document    Page 14 of 20

IN RE **Beneficial Services, Inc.**
                    Debtor(s)

Case No. **8:11bk-11153-ES**
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lee Tran Nguyen**<br>**C/O Briny A. Woods, Esq.**<br>**1200 Main St., Suite H**<br>**Irvine, CA  92614** | | | **Real Estate Transaction Litigation - OCSC Case No. 30-2010-00371982.** | X | X | X | **429,344.00** |
| ACCOUNT NO.<br>**Lindy Office Products**<br>**1247 W. Grove Ave.**<br>**Orange, CA  92865** | | | | | | | **6,503.95** |
| ACCOUNT NO.<br>**Lone Wolf Real Estate Technologies**<br>**231 Shearson Crescent, #310, N1T-1J5**<br>**Cambridge, ON** | | | | | | | **6,240.00** |
| ACCOUNT NO.<br>**Michael & Christine French**<br>**C/O William R. Cumming, Esq.**<br>**575 Anton Blvd, Suite 300**<br>**Costa Mesa, CA  92626** | | | **Real Estate Transaction Litigation, OCSC Case No. 30-2010-00342297.** | X | X | X | **117,797.32** |
| ACCOUNT NO.<br>**Michael & Michele McGrath**<br>**C/O Michael A. Vacchio, Esq.**<br>**13006 E. Philadelphia St., Ste. 208**<br>**Whittier, CA  90601-4269** | | | **Real Estate Transaction Litigation, OCSC Case No. 30-2010-0036095.** | X | X | X | **205,000.00** |
| ACCOUNT NO.<br>**Monarch Beach Realty**<br>**C/O J. Scott Souders, Esq.**<br>**140 Newport Center Drive, Suite 250**<br>**Newport Beach, CA  92660** | | | **Complaint for damages in OCSC, Case No. 30-2010-00426657** | X | X | X | **123,000.00** |
| ACCOUNT NO.<br>**Monika Scott**<br>**2 Denia**<br>**Laguna Niguel, CA  92677** | | | **Unpaid commissions -  pending lawsuit in OCSC.** | | X | | **127,883.00** |

Sheet no. __6__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **1,015,768.27**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 8:11-bk-11153-ES    Doc 20    Filed 02/10/11    Entered 02/10/11 14:10:11    Desc
Main Document    Page 15 of 20

IN RE **Beneficial Services, Inc.**                                      Case No. **8:11bk-11153-ES**
                    Debtor(s)                                                 (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7795**<br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | | | | | **154.07** |
| ACCOUNT NO.<br>**Pacific Bayside Plaza**<br>**C/O Cannery Village Realty**<br>**2025 W. Balboa Blvd.**<br>**Newport Beach, CA 92663** | | | **Office lease-past due rent** | | | | **19,013.56** |
| ACCOUNT NO.<br>**Palitex Balloon**<br>**410 Agostino Rd.**<br>**San Gabriel, CA 91776** | | | | | | | **443.41** |
| ACCOUNT NO.<br>**Paul & Stephanie Gomez**<br>**32761 Mediterranean Drvie**<br>**Dana Point, CA 92629** | | | **Settlement** | | | | **12,500.00** |
| ACCOUNT NO.<br>**Robert V. McMahon, Esq.**<br>**401 Glenneyre, Suite E**<br>**Laguna Beach, CA 92651** | | | **Assignee or other notification for:**<br>**Paul & Stephanie Gomez** | | | | |
| ACCOUNT NO.<br>**Pepper Hamilton LLP Attorneys at Law**<br>**3000 Two Logan Square**<br>**Philadelphia, PA 19103** | | | **Software licensing settlement** | | | | **10,000.00** |
| ACCOUNT NO.<br>**Performance Building Services**<br>**28892 Marguerite Pkwy., #210**<br>**Mission Viejo, CA 92692** | | | **Janitorial services** | | | | **46,805.77** |

Sheet no. **7** of **12** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **88,916.81**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.  Case 8:11-bk-11153-ES    Doc 20    Filed 02/10/11    Entered 02/10/11 14:10:11    Desc
Main Document    Page 16 of 20

IN RE **Beneficial Services, Inc.**_____    Case No. **8:11bk-11153-ES**_____
                         Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Phil & Jennille Holmes**<br>**C/O Keith E. McCullough, Esq.**<br>**1 MacArthur Place, Suite 200**<br>**Santa Ana, CA 92707** | | | **Real Estate Transaction Litigation, OCSC Case No. 30-2008-00110902.** | X | X | X | **200,000.00** |
| ACCOUNT NO. **9577**<br>**Pitney Bowes Global Financial Svcs.**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | | | | | | | **2,619.02** |
| ACCOUNT NO. **1334**<br>**Premium Financing Specialists**<br>**12424 Wilshire Blvd., #1030**<br>**Los Angeles, CA 90025** | | | **Errors & Omissions Insurance** | | | | **13,355.93** |
| ACCOUNT NO. **0284**<br>**Premium Financing Specialists**<br>**12424 Wilshire Blvd., #1030**<br>**Los Angeles, CA 90025** | | | | | | | **275.63** |
| ACCOUNT NO.<br>**R.E.S.S.**<br>**23252 Del Lago, #A**<br>**Laguna Hills, CA 92653** | | | | | | | **1,302.02** |
| ACCOUNT NO. **3715**<br>**RMS**<br>**PO Box 4647**<br>**Timonium, MD 21094-4647** | | | **Legal settlements** | | | | **44,935.65** |
| ACCOUNT NO. **7623**<br>**RMS**<br>**PO Box 4647**<br>**Timonium, MD 21094-4647** | | | | | | | **414.43** |

Sheet no. ____**8**__ of ____**12**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                         Subtotal (Total of this page) $ **262,902.68**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beneficial Services, Inc.**                                                                 Case No. **8:11bk-11153-ES**
                                  Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ronald & Leota Zeffer**<br>**C/O Natu J. Patel, Esq.**<br>**2532 Dupont Drive**<br>**Irvine, CA 92612** | | | **Real Estate Transaction Litigation, OCSC Case No. 30-2010-00376736.** | X | X | X | **948,659.00** |
| ACCOUNT NO. **3529**<br>**San Diego Gas & Electric**<br>**PO Box 25111**<br>**Santa Ana, CA, CA 92799-5111** | | | | | | | **368.00** |
| ACCOUNT NO.<br>**Scott M. Dalton**<br>**PO Box 324**<br>**Corona Del Mar, CA 92625** | | | **Lawsuit filed in OCSC, Case No. 07CC02971** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Charles M. Farano**<br>**Law Offices Of Charles M. Farano**<br>**243A Lakeview Avenue**<br>**Placentia, CA 92870** | | | **Assignee or other notification for:**<br>**Scott M. Dalton** | | | | |
| ACCOUNT NO.<br>**Wendy C. Lascher, Esq.**<br>**Lascher & Lascher APC**<br>**605 Poli St., PO Box 25540**<br>**Ventura, CA 93002-2285** | | | **Assignee or other notification for:**<br>**Scott M. Dalton** | | | | |
| ACCOUNT NO.<br>**Sheri O'Neill Ronald Munson Sarah Munson**<br>**C/O Arthur T. Schaertel, Esq.**<br>**112 Harvard Ave., Suite 240**<br>**Claremont, CA 91711-4716** | | | **Demand for Damages re sale of residential property** | X | X | X | **569,751.61** |
| ACCOUNT NO. **067**<br>**Southern California Shredding, Inc.**<br>**26439 Rancho Parkway South, #150**<br>**Lake Forest, CA 92630** | | | | | | | **250.00** |

Sheet no. **9** of **12** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,519,028.61**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.  Case 8:11-bk-11153-ES    Doc 20    Filed 02/10/11    Entered 02/10/11 14:10:11    Desc
Main Document    Page 18 of 20

IN RE **Beneficial Services, Inc.** _____ Case No. **8:11bk-11153-ES**
                    Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4383** **Sparkletts** PO Box 660579 Dallas, TX 75266-0579 | | | | | | | **683.85** |
| ACCOUNT NO. **2374** **Sparkletts** PO Box 660579 Dallas, TX 75266-0579 | | | | | | | **48.44** |
| ACCOUNT NO. **Spectrum Gas Products** 1355 Logan Ave., #12 Costa Mesa, CA 92626 | | | | | | | **354.52** |
| ACCOUNT NO. **9512** **Sprint** PO Box 8077 Landon, KY 40742 | | | | | | | **125.76** |
| ACCOUNT NO. **7981** **Stamps.com** PO Box 202928 Dallas, TX 75320-2928 | | | | | | | **71.96** |
| ACCOUNT NO. **1645** **Telepacific** 515 S. Flower St., 47th Floor Los Angeles, CA, CA 90071 | | | **Telecommunications** | | | | **56,486.55** |
| ACCOUNT NO. **0779** **The Orange County Register** PO Box 100052 Pasadena, CA 91189-0052 | | | **Newspaper advertising** | | | | **34,400.00** |

Sheet no. ___**10**___ of ___**12**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **92,171.08**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.  
Case 8:11-bk-11153-ES    Doc 20    Filed 02/10/11    Entered 02/10/11 14:10:11    Desc
Main Document    Page 19 of 20

IN RE **Beneficial Services, Inc.** _____  Case No. **8:11bk-11153-ES** _____
                    Debtor(s)                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0FFM**<br>**ThyssenKrupp Elevator**<br>**PO Box 933013**<br>**Atlanta, GA, GA 31193-3013** | | | | | | | **1,431.48** |
| ACCOUNT NO.<br>**Times Community News**<br>**File 54221**<br>**Los Angeles, CA 90074** | | | **Newspaper advertising** | | | | **11,000.00** |
| ACCOUNT NO. **0139**<br>**Travelers**<br>**PO Box 1515**<br>**Spokane, WA 99210-1515** | | | | | | | **570.95** |
| ACCOUNT NO. **770A**<br>**UPS**<br>**PO Box 894820**<br>**Los Angeles, CA 90189-4820** | | | | | | | **422.50** |
| ACCOUNT NO. **Y506**<br>**UPS**<br>**PO Box 894820**<br>**Los Angeles, CA 90189-4820** | | | | | | | **170.22** |
| ACCOUNT NO. **6510**<br>**Verizon Communications**<br>**PO Box 920041**<br>**Dallas, TX 75392-0041** | | | | | | | **92.31** |
| ACCOUNT NO. **1830**<br>**Wells Fargo Financial Leasing**<br>**PO Box 6434**<br>**Carol Stream, IL 60197-6434** | | | | | | | **2,940.00** |

Sheet no. **11** of **12** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **16,627.46**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beneficial Services, Inc.**  Case No. **8:11bk-11153-ES**
                Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4934** <br> **Western Exterminator Company** <br> **2201 S. Ritchey St.** <br> **Santa Ana, CA  92705** | | | | | | | **169.50** |
| ACCOUNT NO. <br> **William F. & Cecile D. Cote** <br> **3 Whitecap Drive** <br> **Corona Del Mar, CA  92625** | | | **Office lease-past due rent** | | | | **10,000.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __12__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **10,169.50**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **9,024,851.44**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only