ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Thomas L. Gourde (SBN 150483)<br>RAY & GOURDE, LLP<br>111 Pacifica, Suite 120<br>Irvine, CA 92618<br>Telephone: 949-825-6520, Facsimile: 949-825-6544<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Jose and Sheryl Urdaneta | FILED<br>FEB 14 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>Beneficial Services, Inc.<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:11-bk-11153-ES<br>DATE: 3/1/11<br>TIME: 9:30 a.m.<br>CTRM: 5A<br>FLOOR: 5 |
|---|---|

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (with supporting declarations)
### (MOVANT: Jose and Sheryl Urdaneta )
### (Action in Non-bankruptcy Forum)

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any)("Responding parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. **Hearing Location:**  ☐ 255 East Temple Street, Los Angeles      ☒ 411 West Fourth Street, Santa Ana
   ☐ 21041 Burbank Boulevard, Woodland Hills   ☐ 1415 State Street, Santa Barbara
   ☐ 3420 Twelfth Street, Riverside

3. a. ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and must appear at the hearing of this Motion.

   b. ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:
      ☐ at the hearing      ☐ at least _____ court days before the hearing.
   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).
   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.
   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time, and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                F 4001-1M.NA

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* 7    **F 4001-1M.NA**

| In re | CHAPTER: 11 |
|---|---|
| Beneficial Services, Inc.                                          Debtor(s). | CASE NO.: 8:11-bk-11153-ES |

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 2/3/11

RAY & GOURDE, LLP
*Print Law Firm Name (if applicable)*

Thomas L. Gourde
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of* 7    **F 4001-1M.NA**

| In re<br>Beneficial Services, Inc. | (SHORT TITLE)<br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:11-bk-11153-ES |
|---|---|---|

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY
**(MOVANT:** Jose and Sheryl Urdaneta )

1. **The Non-bankruptcy Action:** Movant moves for relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to the following pending lawsuit or administrative proceeding (the "Non-bankruptcy Action") in a non-bankruptcy forum:

   Case name: Urdaneta v. Robyn Seymour and Beneficial Services, Inc.
   Docket number: 30-2009-00123750
   Court or agency where pending: Orange County Superior Court Central District

2. **Case History:**
   a. ☒ A voluntary ☐ An involuntary    petition under Chapter    ☐ 7  ☒ 11  ☐ 12  ☐ 13
      was filed on *(specify date)*: 1/26/11
   b. ☐ An Order of Conversion to Chapter    ☐ 7  ☐ 11  ☐ 12  ☐ 13
      was entered on *(specify date)*: 2/1/11
   c. ☐ Plan was confirmed on *(specify date)*:
   d. ☐ Other bankruptcy cases affecting this action have been pending within the past two years. See attached Declarations.
   e. For additional case history, see attached continuation page.

3. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Non-bankruptcy Action to final judgment in the non-bankruptcy forum for the following reasons:
   a. ☐ The bankruptcy case was filed in bad faith specifically to delay, hinder or interfere with prosecution of the Non-bankruptcy Action.
   b. ☐ The claim is insured. Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor(s) or estate property.
   c. ☒ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   d. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   e. ☐ The claims are non-dischargeable in nature and can be most expeditiously resolved in the non-bankruptcy forum.
   f. ☐ The claims at issue arise under non-bankruptcy law and can be most expeditiously resolved in the non-bankruptcy forum.
   g. ☐ Other reasons to allow the Non-bankruptcy Action to proceed are set forth in an attached Declaration.

4. ☐ Movant also seeks annulment of the stay so that filing of the bankruptcy petition does not affect any and all of the enforcement actions that were taken after the filing of the bankruptcy petition in this case, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*
   a. ☒ Movant submits the attached Declaration(s) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.
   b. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - Page 3 of 7    **F 4001-1M.NA**

| In re<br>Beneficial Services, Inc. | (SHORT TITLE) | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NO.: 8:11-bk-11153-ES |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
**(MOVANT:** Jose and Sheryl Urdaneta )

1. **The Non-bankruptcy Action:** Movant moves for relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to the following pending lawsuit or administrative proceeding (the "Non-bankruptcy Action") in a non-bankruptcy forum:

   Case name: Urdaneta v. Robyn Seymour and Beneficial Services, Inc.
   Docket number: 30-2009-00123750
   Court or agency where pending: Orange County Superior Court Central District

2. **Case History:**
   a. ☒ A voluntary ☐ An involuntary petition under Chapter ☐ 7 ☒ 11 ☐ 12 ☐ 13
      was filed on (specify date): 1/26/11
   b. ☒ An Order of Conversion to Chapter ☐ 7 ☐ 11 ☒ 12 ☐ 13
      was entered on (specify date): 2/1/11
   c. ☐ Plan was confirmed on (specify date):
   d. ☐ Other bankruptcy cases affecting this action have been pending within the past two years. See attached Declarations.
   e. For additional case history, see attached continuation page.

3. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Non-bankruptcy Action to final judgment in the non-bankruptcy forum for the following reasons:
   a. ☐ The bankruptcy case was filed in bad faith specifically to delay, hinder or interfere with prosecution of the Non-bankruptcy Action.
   b. ☐ The claim is insured. Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor(s) or estate property.
   c. ☒ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   d. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   e. ☐ The claims are non-dischargeable in nature and can be most expeditiously resolved in the non-bankruptcy forum.
   f. ☐ The claims at issue arise under non-bankruptcy law and can be most expeditiously resolved in the non-bankruptcy forum.
   g. ☐ Other reasons to allow the Non-bankruptcy Action to proceed are set forth in an attached Declaration.

4. ☐ Movant also seeks annulment of the stay so that filing of the bankruptcy petition does not affect any and all of the enforcement actions that were taken after the filing of the bankruptcy petition in this case, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*
   a. ☒ Movant submits the attached Declaration(s) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.
   b. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

(Continued on next page)

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - Page 4 of 7    **F 4001-1M.NA**

| In re | (SHORT TITLE) | CHAPTER: 11 |
|---|---|---|
| Beneficial Services, Inc. | Debtor(s). | CASE NO.: 8:11-bk-11153-ES |

c. ☐ Other evidence *(specify)*:

6. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order granting the following:**

1. Relief from the stay to Movant (and its successors and assigns, if any) *(check boxes re all applicable relief requested)*:
   a. ☐ Terminating the stay as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☒ Annulling the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).
   c. ☐ Modifying or conditioning the stay as set forth in the attached continuation page:

2. Allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to proceed to final judgment in the non-bankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against Debtor(s) or estate property.

3. ☐ Additional provisions requested:
   a. ☐ That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☐ That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.
   c. ☐ That the Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.
   d. ☐ For other relief requested, see attached continuation page.

4. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: 2/3/11    Respectfully submitted,

Jose and Sheryl Urdaneta
*Movant Name*

RAY & GOURDE, LLP
*Firm Name of Attorney for Movant (if applicable)*

By: *[signature]*
*Signature*

Name:    Thomas L. Gourde
*Typed Name of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - Page 5 of __7__  **F 4001-1M.NA**

| In re | (SHORT TITLE) | CHAPTER: 11 |
|---|---|---|
| Beneficial Services, Inc. | Debtor(s). | CASE NO.: 8:11-bk-11153-ES |

# DECLARATION RE ACTION IN NON-BANKRUPTCY FORUM
**(MOVANT:** Jose and Sheryl Urdaneta **)**

I, Thomas L. Gourde, declare as follows:
*(Print Name of Declarant)*

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding the state court lawsuit, administrative proceeding, or other action in a non-bankruptcy forum ("Non-bankruptcy Action") that is the subject of this Motion because:

   a. ☐ I am the Movant.

   b. ☒ I am the Movant's attorney of record in the Non-bankruptcy Action.

   c. ☐ I am employed by the Movant as *(state title and capacity)*:

   d. ☐ Other *(specify)*:

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Non-bankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. The Non-bankruptcy Action at issue is currently pending as:

   Case name: Urdaneta v. Robyn Seymour and Beneficial Services, Inc.
   Docket number: 30-2009-00123750
   Court or agency where pending: Orange County Superior Court Central District

4. **Procedural Status:**

   a. The causes of action pleaded in the non-bankruptcy forum are *(list)*:
   Breach of fiduciary duty, breach of Business & Professions Code 17200, misrepresentation, broker's constructive fraud

   True and correct copies of the pleadings filed before the non-bankruptcy forum are attached hereto as Exhibit A_____.

   b. The Non-bankruptcy Action was filed on *(specify date)*: 5/28/09

   c. Trial or hearing began/is scheduled to begin on *(specify date)*: 2/22/11

   d. The trial or hearing is estimated to require the following number of court days *(specify)*: 7

   e. Other defendants to the Non-bankruptcy Action are *(specify)*: Robyn Seymour, Myrin New

5. **Grounds for relief from stay:**

   a. ☒ The claim is insured. The insurance carrier and policy number are *(specify)*:

   Costello & Sons Insurance Brokers, Inc.
   1752 Lincoln Ave., San Rafael, CA 94907
   Policy #: TER8222157, Insured: Beneficial Services, Inc. $2,000,000. per claim; $2,000,000 policy period aggregate

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                    **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 6 of* __7__    **F 4001-1M.NA**

| In re<br>Beneficial Services, Inc. | (SHORT TITLE)<br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:11-bk-11153-ES |
|---|---|---|

b. ☒ The matter can be tried more expeditiously in the non-bankruptcy forum.

   (1) ☒ It is currently set for trial on: 2/22/11

   (2) ☐ It is in advanced stages of discovery and Movant believes that it will be set for trial by *(specify date)*:
   The basis for this belief is *(specify)*:

   (3) ☐ The matter involves non-debtor parties who are not subject to suit in the bankruptcy court. A single trial in the non-bankruptcy forum is the most efficient use of judicial resources.

c. ☐ The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Non-bankruptcy Action.

   (1) ☐ Movant is the only creditor (or the only substantial creditor) scheduled by the Debtor(s).

   (2) ☐ The timing of the petition filing shows that it was intended to delay or interfere with the Non-bankruptcy Action based upon the following facts *(specify)*:

   (3) ☐ Debtor(s) does(do) not have a reasonable likelihood of reorganizing in this Chapter ☐ 11 ☐ 13    bankruptcy case based upon the following facts *(specify)*:

d. ☐ For other facts justifying relief from stay, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on** February 3 , 2011 , at irvine, CA    *(city, state)*.

Thomas L. Gourde
*Print Declarant's Name*

*Signature of Declarant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 7 of* __7__    **F 4001-1M.NA**

| In re | (SHORT TITLE) | CHAPTER: 11 |
|---|---|---|
| Beneficial Services, Inc. | Debtor(s). | CASE NO.: 8:11-bk-11153-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
111 Pacifica, Suite 120
Irvine, CA 92618

A true and correct copy of the foregoing document described as Notice of Motion and Motion for Relief from the Automatic Stay Under 11 USC Section 362 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:
Served by U.S. Mail

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 2/3/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
United States Bankruptcy Court - Central District of California
Honorable Judge Erithe Smith, Dept. 5A
411 West Fourth Street,
Santa Ana, CA 92701-4593

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/3/11 | Kari A. Rader | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1M.NA**

# PROOF OF SERVICE
## C.C.P. §§ 1012, 1013a & 1015

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: 111 Pacifica, Suite 120, Irvine, CA 92618. On February _5_, 2011, I served the foregoing document described as **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 36** on interested parties in said action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

*SEE ATTACHED SERVICE LIST*

|   | |
|---|---|
|   | **BY MAIL AS FOLLOWS:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party serviced, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit. |
|   | **BY PERSONAL SERVICE:** I caused to be delivered such envelope(s) by hand to the offices of the addressee(s). |
|   | **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons identified herein. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| X | **BY FACSIMILE:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents from a fax machine, at Irvine, California, with the telephone number, (949) 825-6544 to the parties and/or attorney for the parties at the facsimile transmission number(s) shown herein. The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission upon which the transmission was made, a copy of which is attached hereto. |
|   | **BY MESSENGER SERVICE:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed herein and providing them to a professional messenger service for service. A declaration by the messenger will be filed separately. |
|   | **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| X | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

EXECUTED ON February _5_, 2011 at Irvine, California.

Kari A. Rader

-1-

## ATTACHED SERVICE LIST
### In re: Beneficial Services, Inc.
### Case No. 8:11-bk-11153-ES

| | |
|---|---|
| Bruce Harbin<br>Harbin & McCarron<br>Fax No.: 714.550.0468 | J. Scott Williams, Esq.<br>The Williams Firm, PLC<br>Fax.: 866.284.8670 |
| Corporation Services, Inc.<br>C/o Spirer Woodward Corbalis & Goldberg<br>Attn. David Kim<br>Fax No.: 310.316.1823 | Lee Tran Nguyen<br>C/o Briny A. Woods, Esq.<br>Fax No.: 949.276.3117 |
| Michael & Michele McGrath<br>C/o Michael A. Vacchio, Esq.<br>Fax No.: 562.907-9932 | Phil & Jennile Holmes<br>C/o Keith E. McCullough, Esq.<br>Fax No.: 714.852-6899 |
| Jeffrey H. Silvers<br>C/o John Vozenilek, Esq.<br>Fax No.: 949.642.4572 | 1527 Associates<br>Attn: Calvin Chang / Wayne Rash<br>Fax No.: 714.481.9152 |
| Telepacific<br>Attn: Customer Service<br>Fax No.: 866.891.2088 | Performance Building Services<br>Attn: Jackie<br>Fax No.: 949.364.6474 |
| RMS<br>Attn: Joanne Webster<br>Fax No.: 484.242.3279 | Capital One<br>Attn: Customer Service<br>Fax No.: 866.305.5391 |
| J.T. Development Co., LLC<br>Attn. Dena Davis<br>Fax No.: 714.895.6321 | DMR Communications<br>Attn: Daniel Quintanilla / David Lee<br>Fax No.: 800.861.5994 |
| Pacific Bayside Plaza<br>C/o Cannery Village Realty<br>Attn: Patrick Rogers<br>Fax No.: 949.673.3451 | |