Leonard M. Shulman – Bar No. 126349
Robert E. Huttenhoff – Bar No. 214447
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    lshulman@shbllp.com
    rhuttenhoff@shbllp.com

Counsel for John M. Wolfe, Chapter 7 Trustee
for the bankruptcy estate of Beneficial Services, Inc.

FILED & ENTERED

APR 27 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

**BENEFICIAL SERVICES, INC.,**

Debtor.

Case No. 8:11-bk-11153-ES

Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT AND COMPROMISE OF DISPUTES UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 BETWEEN THE BANKRUPTCY ESTATE, BENEFICIAL R.E., INC., G. THOMAS FINANCIAL, INC. AND TIMOTHY THOMAS**

[No hearing required]

The Court having read and considered the Chapter 7 Trustee's Motion Order Approving Settlement and Compromise of Disputes Under Federal Rule of Bankruptcy Procedure 9019 Between the Bankruptcy Estate, Beneficial R.E., Inc., a California corporation, G. Thomas Financial, Inc., a California corporation and Timothy Thomas, an individual ("Settlement Motion"), designated on the Court's docket for this case as document number 169, filed by John M. Wolfe, Chapter 7 trustee ("Trustee") for the bankruptcy estate of Beneficial Services, Inc. and it appearing from the Declaration Re: Entry of Order Without Hearing Pursuant to LBR 9013-1(o) filed concurrently herewith that proper notice of the Settlement Motion has been given and good cause has been shown, it is hereby

1

SHULMAN HODGES &
BASTIAN LLP
100 Irvine Center Drive
Suite 600
Irvine, CA 92618

C:\Users\Reid\Local Settings\Temp\Order#95685#69c3ea38-10ab-47ab-9092-1ed84eeb8a0d.doc
4405-000/56

**ORDERED** that the Motion is granted as follows:

1. The Agreement, a true and correct copy of which is attached to the Settlement Motion as **Exhibit "1"** to the Declaration of John M. Wolfe and incorporated herein by this reference; and

2. The Trustee is authorized to execute any necessary documents to carry out the provisions as contemplated in the Agreement, a true and correct copy of which is attached to the Motion as **Exhibit "1"** to the Declaration of John M. Wolfe and incorporated herein by this reference.

# # #

Date: April 27, 2015

Erithe Smith
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Irvine Center Drive
Suite 600
Irvine, CA 92618

2

C:\Users\Reid\Local Settings\Temp\Order#95685#69c3ea38-10ab-47ab-9092-1ed84eeb8a0d.doc
4405-000/56